IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| NOVA DISTRO, INC. | ) |
| and | ) |
| TOBACCO HUT AND VAPE FAIRFAX, INC. | ) |
| *Plaintiffs,* | ) |
| v. | ) Case No. 3:25-cv-857-DJN |
| VIRGINIA ATTORNEY GENERAL JASON MIYARES *in his official capacity,* | ) |
| and | ) |
| VIRGINIA TAX COMMISSIONER JAMES J. ALEX *in his official capacity* | ) |
| *Defendants.* | ) |

### AFFIDAVIT IN SUPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Raad Saleh, declare that the foregoing information is true and correct:

1. I am over the age of eighteen years of age, of sound mind, and am otherwise competent to make this Affidavit and testify in all respects. I have personal knowledge regarding the information stated in this Affidavit. If called to testify, I could and would testify consistently with the following statements.

**Background**

2. I am a majority shareholder of Nova Distro, Inc. ("**Nova Distro**") and Tobacco Hut and Vape Fairfax, Inc. ("**Tobacco Hut – Fairfax** and collectively, "**Plaintiffs**").

3. The eighty-nine Tobacco Hut-branded retail locations in Virginia, including Tobacco Hut – Fairfax, are part of a family business run by myself and three brothers (collectively,

"**Tobacco Hut stores**"). These stores are all tobacco storefronts that offer tobacco products, vape products, and related accessories for retail sale.

4.  I primarily invest and focus on a subset of twenty-two of the eighty-nine Tobacco Hut stores, including Tobacco Hut – Fairfax.

5.  Nova Distro functions as the import and distribution arm of the family-run business. For example, Nova Distro manufactures and owns one of the vape products sold at the Tobacco Hut stores, known as "Hut Bar," which is a vape product that is unique to the Tobacco Hut stores.

6.  Nova Distro currently employs sixteen people and paid approximately $198,000 in payroll taxes alone in the last year. Additionally, Nova Distro paid approximately $218,000 in Other Tobacco Product taxes ("**OTP taxes**") within the last year.

7.  Tobacco Hut – Fairfax currently employs six people and paid approximately $36,000 in payroll taxes alone in the last year. Additionally, it paid approximately $63,000 in sales taxes within the last year.

8.  Nova Distro and the twenty-two Tobacco Hut stores that I invest in, collectively employ eighty-five people, paid approximately $798,000 in payroll taxes in the last year, and paid approximately $1,061,000 in sales taxes within the last year.

9.  The Tobacco Hut stores collectively employee 223 people; paid approximately $1,958,000 in payroll taxes in the last year; paid approximately $4,061,000 in sales taxes within the last year; paid $278,000 in OTP taxes in the last year; and paid approximately $1,335,000 in real estate taxes within the last year for all the properties the family business leases or owns in Virginia.

**Impact on Nova Distro**

10. None of the vape products (*e.g.*, Hut Bar) that Nova Distro currently manufactures have FDA premarket authorization, and to my understanding, would not be able to be lawfully sold to tobacco and vape retailers in Virginia if the Vape Ban is enforced.

11. My understanding is that the cost of obtaining an FDA premarket authorization is extraordinarily high, and costs hundreds of thousands of dollars to even complete the submission.

12. Additionally, there is no guarantee that any of Nova Distro's vape products would receive approval, and based on the approvals that have been seen, only Big Tobacco products are being approved.

13. The Tobacco Hut stores simply cannot afford the burden – both in terms of cost and time – of submitting the application and seeking approval, although the products are essentially identical to those produced by manufacturers that can afford the approval process.

14. Further, Nova Distro has purchased a significant stock of vape products that could not be sold in Virginia if the Vape Ban is allowed to be enforced.

15. If the Vape Ban is allowed to go into effect, Nova Distro would be unable to sell the products that it manufactures and/or maintains in stock as product inventory, and would have to be closed down entirely.

16. The closure of Nova Distro would result in the unemployment of sixteen employees who are the main financial providers for their families.

17. In addition to the financial impact on the family business's employees, many customers have expressed that they would likely revert to traditional cigarettes, and my understanding is that traditional cigarettes are much more harmful to customers' health than vapes.

### Impact on Tobacco Hut

18. Very few products sold at the Tobacco Hut stores, including Tobacco Hut – Fairfax, are manufactured by Juul, Logic Tech, NJOY, and RJ Reynolds (collectively, "**Big Tobacco**").

19. These products do not bring in significant revenue, and the profit margins are very low.

20. If the Tobacco Hut stores only sold Big Tobacco products, the profit margins on those products would not be sufficient to cover its collective overhead and justify the cost of maintaining the Tobacco Hut stores and their payroll.

21. If the Tobacco Hut stores were to sell Big Tobacco products at a higher profit margin, they would likely be too expensive for customers to want to purchase, especially when the stores are competing directly with gas stations and convenience stores that receive significant discounts for reserving shelf space and selling traditional tobacco products.

22. Because the sale of Big Tobacco products only makes up approximately 2% of the Tobacco Hut stores' total revenue, the stores would be substantially financially harmed if it were only allowed to sell Big Tobacco products. This would almost certainly shut down the Tobacco Hut stores, including Tobacco Hut – Fairfax.

23. Additionally, the majority of the vape products sold at Tobacco Hut stores do not currently have FDA premarket authorization (collectively, "**Small Tobacco vapes**"), and to my understanding, would no longer be able to be lawfully sold in store if the Vape Ban is enforced.

24. Small Tobacco vapes have much higher profit margins than any of the Big Tobacco products the Tobacco Hut stores sell.

25. The Tobacco Hut stores' profit margins on Small Tobacco vapes are approximately 10 times greater than the profit margins on Big Tobacco vapes.

26. The reason for the difference in profit margins is that the Big Tobacco can control the pricing for their products when they are sold by retailers such as the Tobacco Hut stores and other places such as convenience stores and gas stations due to the market control that Big Tobacco exercises.

27. Because the sale of Small Tobacco vapes makes up approximately 60-70% of the Tobacco Hut stores' total revenue, these products are critical to their business model.

28. Without the ability to sell Small Tobacco vapes at a reasonable profit margin – which is impossible with Big Tobacco vapes – Tobacco Hut – Fairfax and the other Tobacco Hut stores would be unable to generate enough revenue to cover its expenses, including payroll.

29. I am certain that this loss of revenue would result in the closure of Tobacco Hut – Fairfax and the other Tobacco Hut stores across Virginia, especially if customers also stop coming in to purchase the other lower profit margin products we sell.

**Overall Impact**

30. The twenty-two Tobacco Hut stores throughout Virginia that I invest in would run into the same financial issues as Tobacco Hut – Fairfax if the Vape Ban is enforced at the end of this year.

31. Between Nova Distro and the twenty-two Tobacco Hut stores, including Tobacco Hut – Fairfax, eighty-five employees would become unemployed and unable to financially provide for their families.

32. Plaintiffs would be further financially harmed by the fact that they have already paid Virginia excise and/or sales tax on the products that they have manufactured or are selling that would be prohibited under the Vape Ban.

### Summary

33. The Vape Ban would meaningfully cause harm in the form of lost product sales, customers, and general goodwill for the Tobacco Hut stores; sunk and unsellable inventory for Nova Distro; and negative health impacts on customers that are trying to avoid or quit traditional cigarettes.

**FURTHER AFFIANT SAYETH NOT**

_____
Raad Saleh

**COMMONWEALTH OF VIRGINIA** )
**CITY/COUNTY OF** Prince William )

This day Raad Saleh personally appeared before me, who after being duly sworn stated that the above statements were true and correct to the best of his knowledge and belief.

Sworn and subscribed to before me, a Notary Public in the aforementioned jurisdiction, on this 20th day of November, 2025.

_____
Notary Public

My commission expires: August 31, 2027

Registration No.: #8038101

[Notary Seal: AMEEL LABIB SHENODA, NOTARY PUBLIC, REG. #8038101, MY COMMISSION EXPIRES August 31, 2027, COMMONWEALTH OF VIRGINIA]