IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

NOVA DISTRO, INC., *et al.*,
    Plaintiffs,

v.                                                      Civil No. 3:25cv857 (DJN)

VIRGINIA ATTORNEY GENERAL
JASON MIYARES, *et al.*,
    Defendants.

**ORDER**
**(Setting Hearing Schedule)**

This matter comes before the Court on its own initiative. The Court previously scheduled a hearing on Plaintiffs Nova Distro, Inc. and Tobacco Hut and Vape Fairfax, Inc.'s (collectively, "Plaintiffs") Motion for Preliminary Injunction, (ECF No. 16), for December 18, 2025, at 10:30 a.m. in the United States District Courthouse in Richmond. (ECF No. 18.) Because Defendants Virginia Attorney General Jason Miyares and Virginia Tax Commissioner James J. Alex (collectively, "Defendants") have also filed a Motion to Dismiss, (ECF No. 14), the Court notifies the parties that it will hear arguments on the Motion to Dismiss before addressing the Motion for Preliminary Injunction. Parties should be prepared to address both pending motions during the December 18, 2025 hearing.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                                  /s/
                                                      David J. Novak
                                                      United States District Judge

Richmond, Virginia
Dated: December 4, 2025