AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Nova Distro, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:25-cv-857-DJN |
| Virginia Attorney General Jason S. Miyares, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants   .

Date:   12/18/2025

/s/ Thomas J. Sanford
*Attorney's signature*

Thomas J. Sanford (VSB No. 95965)
*Printed name and bar number*

Office of the Attorney General
202 N. 9th Street
Richmond, Virginia 23219
*Address*

TSanford@oag.state.va.us
*E-mail address*

(804) 692-0551
*Telephone number*

(804) 371-2087
*FAX number*