CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET                    Date: December 18, 2025

| UNITED STATES DISTRICT COURT | Eastern District of Virginia - Richmond Division |
|---|---|
| *CASE TITLE*<br><br>**NOVA DISTRO, INC., et al.**<br>         **v.**<br>**VIRGINIA ATTORNEY GENERAL JASON MIYARES, et al.** | *CASE NO*:   3:25CV00857<br><br>*JUDGE*:   Novak, USDJ<br><br>*COURT REPORTER*:   Custis, OCR |

MATTER ON FOR:     ( ) Bench Trial   (**X**) Motion Hearing   ( ) OTHER: _____

APPEARANCES:       Parties by counsel_____

### *TRIAL PROCEEDINGS*

WITNESSES EXCLUDED ON MOTION OF PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )
OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )
PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____
REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )
EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )
FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )
MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )
COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____
COURT FOUND IN FAVOR OF DEFENDANTS ( ) _____
CLERK TO ENTER JUDGMENT ON DECISION ( )     TRIAL EXHIBITS RETURNED TO COUNSEL ( )

### *ADDITIONAL NOTATIONS*

Matter came on for hearing on Defendants' Motion to Dismiss (ECF no. 14) and Plaintiffs' Motion for Preliminary Injunction (ECF no. 16).
Counts II and III dismissed by the Court.
Argument heard on Motion to Dismiss as to Count I.
Argument heard on Motion for Preliminary Injunction.
Findings given from the Bench; Motion to Dismiss denied as to Count I, Motion for Preliminary Injunction granted in-part.
Order to enter.

### *APPEARANCES*

| | |
|---|---|
| Plaintiffs | Stewart R. Pollock, Esq.; Eric G. Reeves, Esq.; Samantha R. Romano, Esq. |
| Defendants | Erika L. Maley, Esq.; Thomas J. Sanford, Esq. |

SET   10:30 a.m.         BEGAN   10:32 a.m.         ENDED   11:18 a.m.               TIME IN COURT 0:46